KLINE BROS. & CO., Appellant, *v.* THE HANOVER FIRE INSURANCE COMPANY OF THE CITY OF NEW YORK, Respondent.

(Submitted June 4, 1917; decided June 12, 1917.)

Motion for re-argument denied, with ten dollars costs. (See 220 N. Y. 750.)

---

JAMES J. CROZIER et al., Appellants, *v.* JAMES F. RICHARDSON et al., Respondents.

Reported below, 178 App. Div. 927.
(Argued June 4, 1917; decided June 12, 1917.)

MOTION to dismiss as to respondent Richardson an appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered May 18, 1917, affirming a judgment in favor of defendants entered upon a dismissal of the complaint by the court at a Trial Term in a taxpayers' action.

The motion was made upon the grounds that the affirmance by the Appellate Division was unanimous, and that the exceptions were frivolous.

Motion denied, with ten dollars costs.